M. P. No. 1981. PATRICIA LEMOINE v. DEPARTMENT OF MENTAL HEALTH, RETARDATION AND HOSPITALS. Petition for writ of certiorari is granted. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

EX. No. 1464. *In re* 125 CRIMINAL APPEALS ON BILLS OF EXCEPTIONS BY DEFENDANTS. Motion to cancel out and strike from the record certain transcripts relating to cases of Richard Frederick Mathes and Ercolle J. Haas is denied without prejudice. *Richard J. Israel,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendants.